```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
KOFIO BAAH,                              :
                                         :
                Petitioner,              :    06 Civ. 3358 (JSR)
                                         :
        -v-                              :    ORDER
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                Respondent.              :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On September 17, 2007, the Honorable Theodore H. Katz, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned case recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 be denied and the action be dismissed with prejudice.

Petitioner has failed to file any objection to any part of Judge Katz's Report and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court hereby adopts the Report and Recommendation in full, dismissing the petition with prejudice.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        February 29, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08
```